JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SET SALVADOR ESQUIVEL ALVARADO,

Petitioner,

v.

WARDEN ADELANTO ICE PROCESSING CENTER, *et al*.,

Respondents.

Case No. 5:26-cv-05473-AB-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Dkt. 1] is denied as moot, with no further proceedings, consistent with the reasons and findings set forth in the Order Denying Petition as Moot.

DATED: October 21, 2026

HON. ANDRÉ BIROTTE JR.
United States District Judge